Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: JGonzalez@shookandstone.com

Attorneys for Plaintiff STEPHEN J. SCHULTZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN J. SCHULTZ<br><br>　　　　Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:19-cv-00096-RFB-BNW<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND<br><br>(FIRST REQUEST) |

  Plaintiff Stephen J. Schultz and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from May 2, 2019 to

-1-

May 30, 2019 for Plaintiff to file its motion for reversal and/or remand. This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel to allow the parties to engage in confidential and good faith settlement discussions. This request is made in good faith with no intention to unduly delay the proceedings.

DATE: May 3, 2019

Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Stephen J. Schultz

DATE: May 3, 2019

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Asim Modi*

BY: _____
Asim Modi
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 7, 2019

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:19-CV-00096-RFB-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 3, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff