AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Stephen J. Schultz,

       Plaintiff,

v.

Nancy A. Berryhill,

       Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00096-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Law Offices of Lawrence D. Rohlfing, is awarded attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $18,000.00. IT IS FURTHER ORDERED that the Law Offices of Lawrence D. Rohlfing shall reimburse Plaintiff the amount of $2,300.00 for EAJA fees previously paid by the Commissioner.

4/12/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk